# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT JOHNSON,**<br>　　　　Plaintiff,<br>　　v.<br>**PHO HANOI, INC.,**<br>　　　　Defendant. | Case No. 4:22-cv-00537-YGR<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 25 |

On September 27, 2022, plaintiff filed a notice stating that his claim for injunctive relief under the ADA has been rendered moot. (Dkt. No. 24.) This Court issued an order to show cause why it should maintain supplemental jurisdiction over his remaining Unruh Act claim. On October 5, 2022, plaintiff responded that he "does not assert that his state Unruh Civil Rights cause of action would further the interests of judicial economy, convenience, fairness and comity to justify the exercise of supplemental jurisdiction. (Dkt. No. 25.)

In light of plaintiff's response, this case is **DISMISSED WITHOUT PREJUDICE**. The clerk of the court is directed to close the case.

**IT IS SO ORDERED.**

Dated: October 6, 2022

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE